IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 AUG 25 PM 4:08

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ am
          DEPUTY

| | | |
|---|---|---|
| ALEXANDER WILD, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:17-CV-114-LY |
| MICROSHIELD ENVIRONMENTAL SERVICES, LLC, | § § | |
| DEFENDANT. | § § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is the parties' Stipulation of Entry of Dismissal with Prejudice filed August 21, 2017 (Clerk's Doc. No. 15). The court has reviewed and approves the stipulation. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this 25th day of August, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE